IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02181-NRN

CAROLINE PINTO,

Plaintiff,

v.

UNIVERSITY OF COLORADO, UNIVERSITY,
OF COLORADO BOARD OF REGENTS,
AMY J. BARTON in her official and individual capacity,
KRISTI RODRIGUEZ in her official and individual capacity,
TAMMY SPENCER in her official and individual capacity, and
NOREEN HEER NICOL in her official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Motion of David A. Klibaner and Klibaner Law Firm, P.C. to Withdraw as Counsel for Plaintiff Caroline Pinto (Dkt. #37) is GRANTED. David A. Klibaner shall be permitted to withdraw as counsel for Plaintiff. The Clerk is directed to remove David A. Klibaner from electronic notification in this matter.

Plaintiff, who will now be proceeding pro se, is informed that even though she is now proceeding without an attorney, she must still comply with all applicable rules including the Federal Rules of Civil Procedure and the Local Rules of this Court. *Montoya v. Chao*, 296 F.3d 952, 957 (10th Cir. 2002); *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). Further, a failure to comply with any applicable rule or any Court Order, may result in sanctions, including dismissal of this case.

This Minute Order shall be mailed to Plaintiff at 5265 Estes Circle, Arvada, Colorado 80002.

Date: May 24, 2023